1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5
   Attorney for Plaintiff,
6  LESLIE A. CHAPMAN

7
                **IN THE UNITED STATES DISTRICT COURT**
8
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10
   LESLIE A. CHAPMAN,                        Case 2:24-cv-01010-DMC
11
                Plaintiff,                   STIPULATION AND ORDER EXTENDING
12                                           TIME FILED BY LESLIE A. CHAPMAN

13 v.

14 Commissioner of Social Security

15              Defendant.

16     Subject to the approval and any further orders of the Court, the parties, by and through

17 counsel of record, stipulate and agree to a 45-day extension of Plaintiff's time to file his opening

18 brief from 7/2/2024 to 8/16/2024, all other deadlines to be determined by reference to the

19 Supplemental Rules for Social Security Actions under § 405(g) and the Court's procedural order,

20 and that good cause supports the extension of time.

21     This is Plaintiff's second request for modification of the briefing schedule. Good cause

22 supporting the extension of the filing deadline includes requiring more time due to COVID illness

23 of staff member. The 45-day length of extension to August 16, 2024, is necessary to meet the

24 professional standards of the Court.

25     This request is made in good faith, without dilatory motive, and not for purposes of undue

26 delay or to prejudice the interest of any party and is unopposed by the defendant.

27 / / /

28

   Stipulation re Mod. Sch Order              1                      Case 2:24-cv-01010-DMC

1        SO STIPULATED AND AGREED, July 11, 2024

2    WEEMS LAW OFFICES                STEPHANIE HINDS,

3                                      United States Attorney
                                 MATHEW W. PILE,

4                                        Assoc. Gen. Counsel, Soc. Sec. Admin.
                                        Office of Program Litigation, Office 7

5                                 MICHAEL K. MARRIOTT,
                                      Sp. Asst. U.S. Attorney

6

7    */s/Robert C. Weems*           By:    */s/ Michael K. Marriott*
    ROBERT C. WEEMS,                 MICHAEL K. MARRIOTT

8    Attorney for Plaintiff                 Sp. Asst. U.S. Attorney,
                                   Attorney for Defendant

9                                 (per email authorization)

10

11                         **ORDER**

12        THE PARTIES' STIPULATION IS APPROVED.

13

14    Dated:  July 11, 2024

15                                DENNIS M. COTA

16                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28