1

Robert C Weems (SBN 148156)
WEEMS LAW OFFICES

2

526 3rd St., Ste. A-2
San Rafael, CA 94901

3

Ph: 415.881.7653

4

Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

5

6

Attorney for Plaintiff,
LESLIE A. CHAPMAN

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

LESLIE A. CHAPMAN,

11

          Plaintiff,

12

v.

13

Commissioner of Social Security

14

          Defendant.

15

Case 2:24-cv-01010-DMC

STIPULATION AND PROPOSED ORDER EXTENDING TIME FILED BY LESLIE A. CHAPMAN

16

    Subject to the approval and any further orders of the Court, the parties, by and through

17

counsel of record, stipulate and agree to a 14-day extension of Plaintiff's time to file his opening

18

brief from 8/16/2024 to 8/30/2024, all other deadlines to be determined by reference to the

19

Supplemental Rules for Social Security Actions under § 405(g) and the Court's procedural order,

20

and that good cause supports the extension of time.

21

    This is Plaintiff's second request for modification of the briefing schedule. Good cause

22

supporting the extension of the filing deadline includes requiring more time is necessary to meet

23

the professional standards of the Court.

24

    This request is made in good faith, without dilatory motive, and not for purposes of undue

25

delay or to prejudice the interest of any party and is unopposed by the defendant.

26

/   /   /

27

28

Stipulation re Mod. Sch Order         1         Case 2:24-cv-01010-DMC

1         SO STIPULATED AND AGREED, August 19, 2024

2   WEEMS LAW OFFICES               STEPHANIE HINDS,
                                      United States Attorney
3                           MATHEW W. PILE,
4                                Assoc. Gen. Counsel, Soc. Sec. Admin.
                              Office of Program Litigation, Office 7
5                           MICHAEL K. MARRIOTT,
                              Sp. Asst. U.S. Attorney
6

7   */s/Robert C. Weems*             By:  */s/ Michael K. Marriott*
   ROBERT C. WEEMS,                  MICHAEL K. MARRIOTT
8   Attorney for Plaintiff              Sp. Asst. U.S. Attorney,
                                 Attorney for Defendant
9                                (per email authorization)

10

11                                 **ORDER**

12   SO ORDERED

13

14   Dated:  August 19, 2024

15                                  DENNIS M. COTA
16                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28