IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. CHAPMAN, | No. 2:24-CV-1010-DMC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the Court's August 20, 2024, order, Plaintiff was required to prosecute this action by either seeking voluntary remand or filing a dispositive motion filed by August 30, 2024. Plaintiff has been warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  To date, Plaintiff has not filed a dispositive motion.

   Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to comply with the Court's prior order.  The filing of either notice that Plaintiff has sought a voluntary remand or the filing of a dispositive motion within the time permitted herein shall constitute a sufficient response.  Plaintiff is again warned

1

that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.

Dated:  October 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE