PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE A. CHAPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-01010-DMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-three (33) days from December 26, 2024, up to and including January 31, 2025.  This is the Defendant's first extension request.

    This case along with several others was just assigned to the undersigned counsel. Defendant requests this extension in order to accommodate the intervening holidays; review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.   Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good

faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

WEEMS LAW OFFICES

Dated:  January 2, 2025    /s/  Robert Weems*
(*as authorized via e-mail)
ROBERT WEEMS
Attorney for Plaintiff

Dated:  January 2, 2025    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/  Michelle A. Pavelek
MICHELLE A. PAVELEK
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 31, 2025, to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to February 14, 2025.

Dated:  January 2, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE