MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN 300642
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-01010-DMC<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, and issue a new decision. The parties

1  further request that the Clerk of the Court be directed to enter a final judgment in favor of

2  Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3                    Respectfully submitted,

4  Dated: January 30, 2025      WEEMS LAW OFFICES

5       *s/ Robert Weems**
     ROBERT WEEMS

6       Attorney for Plaintiff
     (*as authorized via e-mail)

7

8  Dated: January 30, 2025      MICHELE BECKWITH
     Acting United States Attorney

9       MATHEW W. PILE
     Associate General Counsel

10      Office Of Program Litigation, Office 7

11      *s/ Michelle A. Pavelek*
     MICHELLE A. PAVELEK

12      Special Assistant United States Attorney
     Attorney for Defendant

13

14 **ORDER**

15  Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

16 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

17 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is

18 remanded to the Commissioner of Social Security for further proceedings consistent with the

19 terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and

20 against Defendant, reversing the final decision of the Commissioner.

21

22 Dated: February 5, 2025

23      DENNIS M. COTA
     UNITED STATES MAGISTRATE JUDGE

24